# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:20-cr-00120-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (1) BRANDON NORMAN SHIPMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment as to (1) Brandon Norman Shipman [Doc. 34].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 34] is **GRANTED**, and Bill of Indictment in the above-captioned case, is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Brandon Norman Shipman only.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Sever [Doc. 30] and Motion to Suppress [Doc. 31] are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: June 24, 2021

Martin Reidinger
Chief United States District Judge